■ SIRLIN PLUMBING CO., Respondent, v. BABYLON COUNTRY CLUB, INC., et al., Defendants, and SUPREME STEEL EQUIPMENT CORP., Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal on September 7, 1960, for which day the appeal is ordered to be placed on the calender. The record and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of SIDNEY J. SHIFFMAN et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and HARRY M. MORTIMER, Respondents.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

## (May 26, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LLOYD P. DODGE, PAUL GREENE and THOMAS KEEGAN, Defendants. (Indictment No. 9-60.) THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LLOYD P. DODGE, and KENNETH LEEDS, Defendants. (Indictment No. 10-60.) THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LLOYD P. DODGE, Defendant. (Indictment No. 11-60.) THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LLOYD P. DODGE, and KENNETH H. LEEDS, Defendants. (Indictment No. 10-1960.) THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. KENNETH H. LEEDS, Defendant. (Indictment No. 12-1960.) — Motion to dismiss indictments, and for other relief, granted to the extent of dismissing counts 3, 4 and 6 of Indictment No. 9-60. In all other respects the motions are denied, without costs. Nolan, P. J., Beldock and Ughetta, JJ., concur; Pette and Brennan, JJ., concur in the granting of the motion as to said counts, but dissent from the denial of the motions in other respects and vote to dismiss the indictments *in toto.*

■ SIRLIN PLUMBING CO., Respondent, v. BABYLON COUNTRY CLUB, INC., et al., Defendants, and SUPREME STEEL EQUIPMENT CORP., Appellant.— Motion to dismiss appeal taken March 21, 1960, by defendant Supreme Steel Equipment Corp., from an order of the Supreme Court, Suffolk County, entered February 23, 1960, denying its motion to vacate a sale held January 18, 1960, of the land described in the judgment of foreclosure entered November 12, 1959. Motion granted, with $10 costs and appeal dismissed on the ground that by stipulation, dated March 14, 1960, signed by said defendant and all other parties, said defendant had effectually waived its right to appeal. This stipulation purported to settle all the differences and litigation among the parties; and it unconditionally provided that the motion which resulted in the order appealed from " be and the same hereby is in all respects withdrawn." It also appears without dispute that, after the signing of the settlement stipulation, said defendant, in compliance with its terms, withdrew its pending motion for reargument. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.